1

2

3

4

5

6

7

8               UNITED STATES  DISTRICT COURT

9                  Northern District of California

10                     San Francisco Division

11

12    ALEX DA SILVA,                          No. C 14-3402 LB

13                    Petitioner,             **ORDER OF TRANSFER**

14         v.                                 [Re: ECF No. 1]

15    MARION E. SPEARMAN, Warden,

16                    Respondent.

17    _____/

18

19        Alex Da Silva, an inmate at the Correctional Training Facility in Soledad, filed this *pro se* action

20    for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his conviction from the Los

21    Angeles County Superior Court.  His county of incarceration (i.e., Monterey County) is located

22    within the venue of the Northern District of California and his county of conviction (i.e., Los

23    Angeles County) is located within the venue of the Central District of California. Venue is proper in

24    a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. §

25    2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in

26    the district of conviction.  *See* N. D. Cal. Habeas L.R. 2254-3(b).  Because the conviction occurred

27    in the Central District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b),

28    and in the interest of justice, this action is TRANSFERRED to the United States District Court for

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  the Central District of California.  The clerk shall transfer this matter forthwith.

2      **IT IS SO ORDERED.**

3  Dated: July 31, 2014

4                                                        _____

5                                                        LAUREL BEELER
                                                         United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

C 14-3402 LB
ORDER